STATE OF NEW JERSEY v. WILLIE T. HEWINS.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. VIRGINIA BENZENHAFER.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SOLANO.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID C. BASS.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BLAKE, III.

November 1, 1983.

Petition for certification denied.